RECEIVED
Prisoner E-filing
03/06/25
Daniel J. McCoy, Clerk
Western District of Louisiana
Shreveport, Louisiana
BY KAW

25-cv-0276 Sec P

SCANNED at LSP and Emailed 3-6-25 by UB. 28 pages
date initials No.

RECEIVED
MAR 06 2025
Legal Programs Department

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DOCKET NUMBER: 2025-

WESLEY SINCLAIR RICKS, 499599
AFRICAN AMERICAN MALE - PLAINTIFF
VERSUS
CITY OF BASTROP; MOREHOUSE PARISH;
TIFANI S. THOMAS, CLERK OF COURT;
ZANE "MIKE TUBBS, SHERIFF; DEBBIE HUDNALL, EX-OFFICIO;
TERRY MATTHEWS, PRESIDENT OF POLICE JURY;
BETTY ALFORD-OLIVE, MAYOR; MARSHA FARRAR, REGISTRAR;
LEONDRO REED, CHIEF; ROBERT S. TEW, DISTRICT ATTORNEY;
LIZ MURRIL, ATTORNEY GENERAL ET AL. - DEFENDANTS

PETITION UNDER 42 U.S.C. SECTION 1983

FACTS: ON THE DATE OF JULY 1, 2024, THE PLAINTIFF, WESLEY S. RICKS, 499599, RECEIVED A COPY OF THE VERBATIM TRANSCRIPT OF THE SELECTION AND EMPANELING OF THE GRAND JURY PROCEEDINGS IN REGARDS TO THE DOCKET NUMBER: 2012-1321 IN THE FOURTH JUDICIAL DISTRICT COURT, MOREHOUSE PARISH, STATE OF LOUISIANA. ACCORDING TO THE VERBATIM TRANSCRIPT, THE DEFENDANTS FAILED TO ADMINISTER OATH TO THE GRAND JURY AND TO ASK EACH JUROR: "DO YOU TAKE THIS OATH OR AFFIRMATION?" SEE, E.G., LOUISIANA CODE OF CRIMINAL PROCEDURE ARTICLE 431. OATH OF GRAND JURY; EXHIBIT A.

IN ADDITION TO DEFENDANTS' FAILURE TO ADMINISTER OATH TO THE GRAND JURY, DEFENDANTS ALSO SUPPRESSED THE VERBATIM TRANSCRIPT UNTIL JUNE 25, 2024 ACCORDING TO DEFENDANTS' AUGUST 25, 2016 STATEMENT. SEE, E.G., EXHIBIT B.

FURTHERMORE, ON JANUARY 24, 2013, THE INDICTMENT WAS RETURNED BY THE UNSWORN GRAND JURY AGAINST THE PLAINTIFF WESLEY S. RICKS, 499599 ACCORDING TO THE VERBATIM TRANSCRIPT OF THE GRAND JURY RETURN OF INDICTMENT PROCEEDINGS. SEE, E.G., EXHIBIT D,

LEGAL CLAIMS: THE DEFENDANTS' FAILURE TO ADMINISTER OATH TO THE GRAND JURY VIOLATED PLAINTIFF'S RIGHTS TO A LEGALLY CONSTITUTED AND UNBIASED GRAND JURY AND CONSTITUTED A DUE PROCESS VIOLATION UNDER THE FIFTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

THE PLAINTIFF HAS NO PLAIN, ADEQUATE, OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

PRAYER FOR RELIEF: PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS TO DISMISS THE INDICTMENT FILED JANUARY 24, 2013. PLAINTIFF'S COST IN THIS SUIT. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

## EXHIBITS

1. VERBATIM TRANSCRIPT AS EXHIBIT A
2. STATEMENT AS EXHIBIT B
3. INDICTMENT AS EXHIBIT C
4. VERBATIM TRANSCRIPT AS EXHIBIT D

SUBMITTED BY:

[signature]

WESLEY S. RICKS, 499599
(PLAINTIFF)

## VERIFICATION

I, WESLEY S. RICKS, 499599 VERIFY THAT THE STATEMENT OF FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

EXECUTED ON THIS 3RD DAY OF MARCH. 2025.

[signature]

WESLEY S. RICKS, 499599
17544 TUNICA TRACE
ANGOLA, LA 70712